1
2
3
4                      UNITED STATES DISTRICT COURT
5                          DISTRICT OF NEVADA
6                                * * *
7    UNITED STATES OF AMERICA,                Case No. 2:13-CR-97 JCM (CWH)
8                            Plaintiff(s),                 ORDER
9          v.
10   DIANDRE A. MOSBY,
11                          Defendant(s).
12
13          Presently before the court is the matter of *United States v. Mosby*, case no. 2:13-cr-00097-
14   JCM-CWH.  Diandre A. Mosby ("petitioner") filed a motion to reduce sentence.  (ECF No. 49).
15   Briefing shall proceed as follows: respondent has thirty days from the date of this order to file a
16   response.  Thereafter, petitioner has thirty days to file a reply.
17          Accordingly,
18          IT IS ORDERED that respondent file a response to petitioner's motion to reduce sentence
19   (ECF No. 49) no later than thirty (30) days from the date of this order.  Petitioner's reply is due
20   thirty (30) days thereafter.
21          DATED June 5, 2018.
22
                                        _____
23                                         UNITED STATES DISTRICT JUDGE
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**